IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNESTO G. LIRA,

        Plaintiff,                No. CIV S-05-2512 GEB KJM P

    vs.

G. GARNER-EASTER, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed May 23, 2006, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Garner-Easter, Lohse, and Lee.

/////

1       2. The Clerk of the Court shall send plaintiff three USM-285 forms, one

2 summons, an instruction sheet and a copy of the amended complaint filed June 16, 2006.

3       3. Within thirty days from the date of this order, plaintiff shall complete the

4 attached Notice of Submission of Documents and submit the following documents to the court:

5       a. The completed Notice of Submission of Documents;

6       b. One completed summons;

7       c. One completed USM-285 form for each defendant listed in number 1

8       above; and

9       d. Four copies of the endorsed amended complaint filed June 16, 2006.

10       4. Plaintiff need not attempt service on defendants and need not request waiver of

11 service.  Upon receipt of the above-described documents, the court will direct the United States

12 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

13 without payment of costs.

14 DATED: January 8, 2007.

15       _____
      U.S. MAGISTRATE JUDGE

16

17 2
lira2512.1amd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNESTO G. LIRA,

      Plaintiff,                                No. CIV-05-2512 GEB KJM P

      vs.

G. GARNER-EASTER, et al.,            NOTICE OF SUBMISSION

      Defendants.                       OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__     completed summons form

      __3__     completed USM-285 forms

      __4__     copies of the __6/16/2006__
                                         Amended Complaint

DATED:

                                                                       _____
                                                                       Plaintiff