IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNESTO G. LIRA,

        Plaintiff,                  No. CIV S-05-2512 GEB KJM P

   vs.

G. GARNER-EASTER, et al.,

        Defendants.          ORDER

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed January 9, 2007, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On February 8, 2007, plaintiff submitted the four copies of the complaint but failed to submit the correct USM-285 forms.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send plaintiff three blank USM-285 forms; and

/////

/////

1          2.  Within thirty days, plaintiff shall submit to the court the three completed

2 USM-285 forms required to effect service.  Failure to return the copies within the specified time

3 period will result in a recommendation that this action be dismissed.

4 DATED:  February 15, 2007.

                                            U.S. MAGISTRATE JUDGE

7 /mp
lira2512.8f