IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNESTO LIRA,

      Plaintiff,                    No. CIV S-05-2512 GEB KJM P

      vs.

G. GARNER-EASTER, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a state prison inmate proceeding pro se with a civil rights action. On May 18, 2007, defendants filed a motion for an extension of time in which to respond to plaintiff's first amended complaint and on July 6, 2007, filed a motion to dismiss for failure to state a claim. The court grants defendants' request for an extension of time <u>nunc pro tunc</u> and deems the motion to dismiss to be timely filed.

      On July 6, 2007, plaintiff filed a motion for entry of a default judgment. Defendants have filed a motion to dismiss, which the court has deemed timely.

      On July 26, 2007 plaintiff filed a request for an extension of time to file and serve an opposition to defendants motion to dismiss.

/////

/////

1

1      IT IS HEREBY ORDERED that:

2      1. Defendants' May 18, 2007 request for an extension of time is granted and the motion to dismiss filed July 6, 2007 is deemed timely;

3      2. Plaintiff's July 6, 2007 motion for the entry of a default judgment is denied;

4      3. Plaintiff's July 26, 2007 request for an extension of time is granted; and

5      4. Plaintiff shall file and serve his opposition to defendants' motion to dismiss on or before August 21, 2007.  Defendants' reply, if any, shall be filed seven days thereafter

DATED:  August 16, 2007.

_____
U.S. MAGISTRATE JUDGE

2
lira2512.ord